# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| United States of America,<br>Plaintiff,<br><br>vs.<br><br>Carlos A. Mendoza,<br>Defendant. | Report No: 00395-2018-MPC055-008723-3C3<br>Criminal No.:<br>Date:<br>**Information**<br>Violation: Title 18 U.S.C. §13, incorporating K.S.A. 8-235 |

The United States Attorney charges that:

## COUNT I

On or about May 14, 2018, at Fort Leavenworth, Kansas, which is within the special maritime and territorial jurisdiction of the United States and the District of Kansas, Defendant,

## CARLOS A. MENDOZA,

operated a motor vehicle while not in possession of a valid driver's license, in violation of Title 18, United States Code, Section 13, incorporating K.S.A. 8-235. (Class B Misdemeanor)

STEPHEN R. MCALLISTER
United States Attorney

_____
ALEXANDER M. LANGAN
Special Assistant United States Attorney

The court has reviewed the above information and the documentation attached thereto and finds from them that probable cause has been shown to permit the filing of the information.

Filed _____

_____
U.S. Magistrate Judge