**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA

                        Plaintiff,

v.    Case No.: 3:18–po–70021–JPO

                                                     Magistrate Judge James P. O'Hara

Carlos A. Mendoza

                        Defendant.

**NOTICE OF HEARING**

**THIS IS AN OFFICIAL NOTICE** that a United States Magistrate Judge for the District of Kansas has ordered a hearing regarding the violation named below. You are hereby ordered to appear before the United States Magistrate Judge.

**NOTICE OF HEARING:** as to Defendant Carlos A. Mendoza. **Violation: 18:13 KSA 8–262 Suspended/Revoked License.** Initial Appearance set for 8/8/2018 at 10:00 AM in KC Courtroom 236 (TJJ) before Magistrate Judge Teresa J. James. (yh)

Location: United States District Court, Robert J. Dole U.S. Courthouse, 500 State Avenue, Kansas City, KS 66101.

Please arrive 15 – 30 minutes before your scheduled appearance time.

Failure to appear before the United States Magistrate Judge at the time and date indicated **may result in the issuance of a Federal Warrant for your arrest.**

Please call 913–684–4930 if you have any questions.

Date of Notice: July 17, 2018

                                                                   TIMOTHY M. O'BRIEN, CLERK

                                                                   s/ Yolanda Holman, Deputy Clerk

**ELECTRONIC DEVICES ARE NOT PERMITTED IN THIS COURTHOUSE, INCLUDING CELL PHONES.**